# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
TILLIE PANIAGUA § Case No. 12-08914
§
                Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/07/2012 . The undersigned trustee was appointed on 04/27/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 10,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 6.46 |
| Bank service fees | | 164.55 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 9,828.99 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  06/26/2014  and the deadline for filing governmental claims was  06/26/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,750.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,750.00 , for a total compensation of $ 1,750.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/27/2016              By:/s/Frances Gecker
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-08914 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | TILLIE PANIAGUA | | | | Date Filed (f) or Converted (c): | 03/07/2012 (f) |
| | | | | | 341(a) Meeting Date: | 04/27/2012 |
| For Period Ending: | 07/27/2016 | | | | Claims Bar Date: | 06/26/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Savings account at Charter One Bank | 100.00 | 0.00 | | 0.00 | FA |
| 2. Checking account at Charter One Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3. Security Deposit with landlord | 715.00 | 0.00 | | 0.00 | FA |
| 4. Sofa, TV, computer, bed | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 6. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS (u) | Unknown | 10,000.00 | | 10,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $2,815.00 $10,000.00 $10,000.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS SUBMITTED A TFR TO THE UST FOR REVIEW.

Initial Projected Date of Final Report (TFR): 07/01/2014   Current Projected Date of Final Report (TFR): 05/01/2016

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-08914 | Trustee Name: Frances Gecker |
| Case Name: TILLIE PANIAGUA | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1897 |
| | Checking |
| Taxpayer ID No: XX-XXX0896 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/27/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7523 | Transfer of Funds | 9999-000 | $9,835.45 | | $9,835.45 |
| 02/15/16 | 5001 | ADAMS-LEVINE<br>370 LEXINGTON AVENUE, SUITE 1101<br>NEW YORK, NEW YORK  10017 | BLANKET BOND NO. 10BSBGR6291 | 2300-000 | | $6.46 | $9,828.99 |

| | | |
|---|---|---|
| COLUMN TOTALS | $9,835.45 | $6.46 |
| Less: Bank Transfers/CD's | $9,835.45 | $0.00 |
| Subtotal | $0.00 | $6.46 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $6.46 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*     Page Subtotals:     $9,835.45     $6.46

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | |
|---|---|---|---|
| Case No: | 12-08914 | Trustee Name: | Frances Gecker |
| Case Name: | TILLIE PANIAGUA | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX7523 |
| | | | GENERAL CHECKING |
| Taxpayer ID No: | XX-XXX0896 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/27/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/25/14 | 6 | MAX 18 FIRST MERCHANTS BANK, N.A. | DEBTOR'S LAWSUIT | 1249-000 | $5,000.00 | | $5,000.00 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,990.00 |
| 04/22/14 | 6 | MAX 18 FIRST MERCHANTS BANK, N.A. | DEBTOR'S LAWSUIT | 1249-000 | $5,000.00 | | $9,990.00 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $9,980.00 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $14.84 | $9,965.16 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $14.34 | $9,950.82 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $14.79 | $9,936.03 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $14.77 | $9,921.26 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $14.28 | $9,906.98 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.73 | $9,892.25 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.23 | $9,878.02 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.68 | $9,863.34 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.66 | $9,848.68 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.23 | $9,835.45 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*      Page Subtotals:      $10,000.00      $164.55

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-08914 | Trustee Name: Frances Gecker |
| Case Name: TILLIE PANIAGUA | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7523 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX0896 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/27/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/08/15 | 10000 | TILLIE PANIAGUA<br>1727 N. HUMBOLDT BOULEVARD<br>APT. #104<br>CHICAGO, IL 60647 | DEBTOR'S EXEMPTION Reversal<br>Debtor withdrew her exemption with a second amended schedule C. | 8500-000 | | ($1,685.00) | $11,520.45 |
| 05/08/15 | 10000 | TILLIE PANIAGUA<br>1727 N. HUMBOLDT BOULEVARD<br>APT. #104<br>CHICAGO, IL 60647 | DEBTOR'S EXEMPTION | 8500-000 | | $1,685.00 | $9,835.45 |
| 07/08/15 | | Transfer to Acct # xxxxxx1897 | Transfer of Funds | 9999-000 | | $9,835.45 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $9,835.45 |
| Subtotal | $10,000.00 | $164.55 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $164.55 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                    Page Subtotals:           $0.00      $9,835.45

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX1897 - Checking | $0.00 | $6.46 | $9,828.99 |
| XXXXXX7523 - GENERAL CHECKING | $10,000.00 | $164.55 | $0.00 |
|  | $10,000.00 | $171.01 | $9,828.99 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---:|
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-08914-CAD  
Debtor Name: TILLIE PANIAGUA  
Claims Bar Date: 6/26/2014  
Date: July 27, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3110 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $0.00 | $4,680.50 | $4,680.50 |
| 100 2100 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL 60654 | Administrative | | $0.00 | $1,750.00 | $1,750.00 |
| 1 300 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>TD BANK, USA<br>PO BOX 248866<br>OKLAHOMA CITY, OK 73124-8866 | Unsecured | | $0.00 | $199.92 | $199.92 |
| 2 300 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>RJM ACQUISITIONS, LLC AS ASSIGNEE OF COLUMBIA HOUSE DVD CLUB<br>PO BOX 268850<br>OKLAHOMA CITY, OK 73126-8850 | Unsecured | | $0.00 | $74.70 | $74.70 |
| 3 300 7100 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Unsecured | | $0.00 | $1,440.46 | $1,440.46 |
| 4 300 7100 | ASSET ACCEPTANCE LLC ASSIGNEE HOUSEHOLD / ORCHARD BANK<br>PO BOX 2036<br>WARREN MI 48090 | Unsecured | | $0.00 | $627.93 | $627.93 |
| 5 300 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>CHECK N GO<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Unsecured | | $0.00 | $1,362.52 | $1,362.52 |
| 6 300 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF FNBM, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $0.00 | $1,176.62 | $1,176.62 |
| | Case Totals | | | $0.00 | $11,312.65 | $11,312.65 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-08914
Case Name: TILLIE PANIAGUA
Trustee Name: Frances Gecker

| | | |
|---|---:|---:|
| Balance on hand | $ | 9,828.99 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frances Gecker | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 4,680.50 | $ 0.00 | $ 4,680.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 6,430.50 |
| Remaining Balance | $ 3,398.49 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,882.15 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 69.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 199.92 | $ 0.00 | $ 139.17 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 74.70 | $ 0.00 | $ 52.00 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 1,440.46 | $ 0.00 | $ 1,002.71 |
| 4 | ASSET ACCEPTANCE LLC | $ 627.93 | $ 0.00 | $ 437.11 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 1,362.52 | $ 0.00 | $ 948.46 |
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 1,176.62 | $ 0.00 | $ 819.04 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,398.49 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE