# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
　　　　　　　　　　　　　　　　§
TILLIE PANIAGUA　　　　　　　§　　Case No. 12-08914
　　　　　　　　　　　　　　　　§
　　　　　Debtor　　　　　　　　§

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 2,815.00 |
| Total Distributions to Claimants: 3,398.49 | Claims Discharged Without Payment: 22,620.69 |
| Total Expenses of Administration: 6,601.51 | |

3) Total gross receipts of $ 10,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,601.51 | 6,601.51 | 6,601.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 26,000.08 | 4,882.15 | 4,882.15 | 3,398.49 |
| **TOTAL DISBURSEMENTS** | $ 26,000.08 | $ 11,483.66 | $ 11,483.66 | $ 10,000.00 |

   4)  This case was originally filed under chapter 7 on  03/07/2012 .  The case was pending for 56 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  10/12/2016            By:/s/Frances Gecker
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| OTHER CONTINGENT AND UNLIQUIDATED CLAIMS | 1249-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| ADAMS-LEVINE | 2300-000 | NA | 6.46 | 6.46 | 6.46 |
| Bank of New York Mellon | 2600-000 | NA | 93.02 | 93.02 | 93.02 |
| The Bank of New York Mellon | 2600-000 | NA | 71.53 | 71.53 | 71.53 |
| FRANKGECKER LLP | 3110-000 | NA | 4,680.50 | 4,680.50 | 4,680.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,601.51 | $ 6,601.51 | $ 6,601.51 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Fulton Friedman & Gallace, LLP P. O. Box 2123 Warren, MI 48090-2123 |  | 522.69 | NA | NA | 0.00 |
|  | JC Penny's P. O. Box 965009 Orlando, FL 32896 |  | 300.00 | NA | NA | 0.00 |
|  | NCB P. O. Box 1099 Langhorne, PA 19047 |  | 2,116.07 | NA | NA | 0.00 |
|  | PLS 1617 B Cicero Avenue Chicago, IL 60639 |  | 1,658.97 | NA | NA | 0.00 |
|  | Portfolio Recovery Associates P. O. Box 12914 Norfolk, VA |  | 8,595.74 | NA | NA | 0.00 |
|  | Synergetic Communication Inc. 2700 E. Seltice Way, #4 Post Falls, ID 83854-7545 |  | 7,743.56 | NA | NA | 0.00 |
|  | Target P. O. Box 660170 Dallas, TX 75266-0170 |  | 200.00 | NA | NA | 0.00 |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 112.91 | 199.92 | 199.92 | 139.17 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 74.70 | 74.70 | 74.70 | 52.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 1,362.52 | 1,362.52 | 1,362.52 | 948.46 |
| 4 | ASSET ACCEPTANCE LLC | 7100-000 | 862.92 | 627.93 | 627.93 | 437.11 |
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 1,200.00 | 1,176.62 | 1,176.62 | 819.04 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,250.00 | 1,440.46 | 1,440.46 | 1,002.71 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 26,000.08 | $ 4,882.15 | $ 4,882.15 | $ 3,398.49 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-08914 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | TILLIE PANIAGUA | | | | Date Filed (f) or Converted (c): | 03/07/2012 (f) |
| | | | | | 341(a) Meeting Date: | 04/27/2012 |
| For Period Ending: | 10/12/2016 | | | | Claims Bar Date: | 06/26/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Savings account at Charter One Bank | 100.00 | 0.00 | | 0.00 | FA |
| 2. Checking account at Charter One Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3. Security Deposit with landlord | 715.00 | 0.00 | | 0.00 | FA |
| 4. Sofa, TV, computer, bed | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 6. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS (u) | Unknown | 10,000.00 | | 10,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $2,815.00     $10,000.00     $10,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS SUBMITTED A TFR TO THE UST FOR REVIEW.

Initial Projected Date of Final Report (TFR): 07/01/2014     Current Projected Date of Final Report (TFR): 05/01/2016

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-08914  
Case Name: TILLIE PANIAGUA  
Taxpayer ID No: XX-XXX0896  
For Period Ending: 10/12/2016  

Trustee Name: Frances Gecker  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX1897  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7523 | Transfer of Funds | 9999-000 | $9,835.45 | | $9,835.45 |
| 02/15/16 | 5001 | ADAMS-LEVINE<br>370 LEXINGTON AVENUE, SUITE 1101<br>NEW YORK, NEW YORK 10017 | BLANKET BOND NO. 10BSBGR6291 | 2300-000 | | $6.46 | $9,828.99 |
| 08/31/16 | 5002 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,750.00 | $8,078.99 |
| 08/31/16 | 5003 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $4,680.50 | $3,398.49 |
| 08/31/16 | 5004 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>TD BANK, USA<br>PO BOX 248866<br>OKLAHOMA CITY, OK 73124-8866 | Final distribution to claim 1 representing a payment of 69.61 % per court order. | 7100-000 | | $139.17 | $3,259.32 |
| 08/31/16 | 5005 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>RJM ACQUISITIONS, LLC<br>AS ASSIGNEE OF COLUMBIA HOUSE DVD CLUB<br>PO BOX 268850<br>OKLAHOMA CITY, OK 73126-8850 | Final distribution to claim 2 representing a payment of 69.61 % per court order. | 7100-000 | | $52.00 | $3,207.32 |
| 08/31/16 | 5006 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Final distribution to claim 3 representing a payment of 69.61 % per court order. | 7100-000 | | $1,002.71 | $2,204.61 |
| 08/31/16 | 5007 | ASSET ACCEPTANCE LLC<br>ASSIGNEE HOUSEHOLD / ORCHARD BANK<br>PO BOX 2036<br>WARREN MI 48090 | Final distribution to claim 4 representing a payment of 69.61 % per court order. | 7100-000 | | $437.11 | $1,767.50 |
| 08/31/16 | 5008 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>CHECK N GO<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Final distribution to claim 5 representing a payment of 69.61 % per court order. | 7100-000 | | $948.46 | $819.04 |

Page Subtotals: $9,835.45 $9,016.41

UST Form 101-7-TDR (10/1/2010) (Page: 8)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-08914 | | Trustee Name: | Frances Gecker |
| Case Name: | TILLIE PANIAGUA | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX1897 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX0896 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/12/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/16 | 5009 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF FNBM, LLC RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 6 representing a payment of 69.61 % per court order. | 7100-000 | | $819.04 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $9,835.45 | $9,835.45 |
| Less: Bank Transfers/CD's | $9,835.45 | $0.00 |
| Subtotal | $0.00 | $9,835.45 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $9,835.45 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Page Subtotals: $0.00 $819.04

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-08914  
Case Name: TILLIE PANIAGUA  
Taxpayer ID No: XX-XXX0896  
For Period Ending: 10/12/2016  

Trustee Name: Frances Gecker  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX7523  
GENERAL CHECKING  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/25/14 | 6 | MAX 18<br>FIRST MERCHANTS BANK, N.A. | DEBTOR'S LAWSUIT | 1249-000 | $5,000.00 | | $5,000.00 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,990.00 |
| 04/22/14 | 6 | MAX 18<br>FIRST MERCHANTS BANK, N.A. | DEBTOR'S LAWSUIT | 1249-000 | $5,000.00 | | $9,990.00 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $9,980.00 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $14.84 | $9,965.16 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $14.34 | $9,950.82 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $14.79 | $9,936.03 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $14.77 | $9,921.26 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $14.28 | $9,906.98 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.73 | $9,892.25 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.23 | $9,878.02 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.68 | $9,863.34 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.66 | $9,848.68 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.23 | $9,835.45 |

Page Subtotals: $10,000.00   $164.55

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-08914　　　　　　　　　　　　　　　　　　　　Trustee Name: Frances Gecker
Case Name: TILLIE PANIAGUA　　　　　　　　　　　　　　Bank Name: The Bank of New York Mellon
　　　　　　　　　　　　　　　　　　　　　　　　　　　Account Number/CD#: XXXXXX7523
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　GENERAL CHECKING
Taxpayer ID No: XX-XXX0896　　　　　　　　　　　　Blanket Bond (per case limit): $5,000,000.00
For Period Ending: 10/12/2016　　　　　　　　　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/08/15 | 10000 | TILLIE PANIAGUA<br>1727 N. HUMBOLDT BOULEVARD<br>APT. #104<br>CHICAGO, IL 60647 | DEBTOR'S EXEMPTION<br>Reversal<br>Debtor withdrew her exemption with a second amended schedule C. | 8500-000 | | ($1,685.00) | $11,520.45 |
| 05/08/15 | 10000 | TILLIE PANIAGUA<br>1727 N. HUMBOLDT BOULEVARD<br>APT. #104<br>CHICAGO, IL 60647 | DEBTOR'S EXEMPTION | 8500-000 | | $1,685.00 | $9,835.45 |
| 07/08/15 | | Transfer to Acct # xxxxxx1897 | Transfer of Funds | 9999-000 | | $9,835.45 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $9,835.45 |
| Subtotal | $10,000.00 | $164.55 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $164.55 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*　　　　　　　　　　Page Subtotals:　　　　　$0.00　　　$9,835.45

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX1897 - Checking | $0.00 | $9,835.45 | $0.00 |
| XXXXXX7523 - GENERAL CHECKING | $10,000.00 | $164.55 | $0.00 |
|  | $10,000.00 | $10,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals:                              $0.00            $0.00